## MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

June 25, 2013

**VIA FACSIMILE 212-805-7986**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: June 28, 2013

Re: U.S. v. Nastasi III,
    12 Cr. 00833 (PGG)

Dear Judge Gardephe:

I would most respectfully request that Mr. Nastasi's case, presently scheduled for conference this Thursday, June 27, 2013, be adjourned to Tuesday, July 16th, at 2:30 PM, a date and time Law Clerk, Colleen A. Harrison, indicates is convenient to the Court. The government consents to this request,

I make this request because we are engaged in plea negotiations and our progress has been very promising. I am hopeful that we will come to an agreement within the next two weeks. I would have hoped to have completed this process earlier, but as I had explained in my prior letter to the court, I have had other unavoidable matters that have delayed us.

Accordingly, I would most respectfully request that Mr. Nastasi's case be adjourned as requested above.

The Court's consideration is greatly appreciated.

Respectfully,

Barry Zone

c.c.: AUSA Nanette Davis (VIA EMAIL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/13